JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CUELLO QUEVADO,<br>    Petitioner,<br>    v.<br>CHRISTIAN PFEIFFER, *Warden*,<br>    Respondent. | Case No. LA CV 16-3355 DSF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 3/3/17      _____

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE